# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AARON HOLLEMAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>　　　　　Defendants. | Case No. 2:17-cv-02090-APG-GWF<br><br>**ORDER FOR STIPULATION OF DIMISSAL OR STATUS REPORT** |

　　　　On November 8, 2017, the plaintiff advised the Court that he had reached a settlement with defendant Experian Information Solutions, Inc., and requested sixty days to finalize settlement. ECF No. 17.[1] More than sixty days have passed without a stipulation to dismiss being filed.

　　　　IT IS THEREFORE ORDERED that plaintiff Aaron Holleman and defendant Experian Information Solutions, Inc. shall file a stipulation of dismissal or a status report regarding settlement on or before February 23, 2018.

　　　　DATED this 6th day of February, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] The notice of settlement identifies the plaintiff as Mary Holleman. ECF No. 17. I assume this is a typographical error.